IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:   WILLIAM J. & JANET L. BOREN      ) CASE NO. 06B09294
                                       ) Judge John H. Squires
                                       )

### REPAYMENT/DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of the debtor to vacate stay modification of Quantum Servicing Corporation/Citigroup Global Markets Realty Corp., the first mortgagee on the property located at 22226 Harper Avenue, Sauk Village, IL, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

1. The debtor's motion to vacate is granted. The stay is reinstated as to Quantum Servicing Corporation/Citigroup Global Markets Realty Corp. All claims of Quantum Servicing Corporation/Citigroup Global Markets Realty Corp. are reinstated

2. Commencing with the September 1, 2008 post-petition mortgage payment and continuing thereafter, if the Debtor fails to make said payment on the date on which it is due, thereby accruing a two post-petition mortgage payment default, then the Stay shall automatically Modify to Quantum Servicing Corporation/Citigroup Global Markets Realty Corp. without further Court Order, if upon notice to the Debtor and the Debtor's attorney the complained of default is not fully cured and proof of cure received by Quantum Servicing Corporation/Citigroup Global Markets Realty Corp.'s attorney, PIERCE AND ASSOCIATES, P.C., ONE NORTH DEARBORN, SUITE 1300, CHICAGO, ILLINOIS 60602, within 14 days from the date notice is sent.

3. Commencing August 2008 and continuing thereafter, in the event the Debtor fails to make any payment to the Trustee, thereby accruing a two month default, then the Stay shall automatically Modify to Quantum Servicing Corporation/Citigroup Global Markets Realty Corp. without further Court Order if upon notice to the Debtor and the Debtor's attorney, the default complained of is not fully cured and proof of cure received by Quantum Servicing Corporation/Citigroup Global Markets Realty Corp.'s attorneys, Pierce & Associates, P.C., One North Dearborn, 13th Floor, Chicago, Illinois 60602, within 14 days from the date notice is sent.

4. In the event the Stay is Modified to Quantum Servicing Corporation/Citigroup Global Markets Realty Corp. or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney and the Trustee and file said notice with the Court.

5. In the event that Pierce & Associates, P.C. should have to send out any Notices of Default under this Order, the Debtor shall pay an extra $150.00 per Notice in certified funds to Pierce & Associates, P.C. in addition to whatever funds are needed to cure the default cited in the

Notice. These $150.00 payments constitute attorney's fees and must be paid within the same 14 day cure period listed in paragraph 2 and 3 of this Order or Stay shall Modify.

Dated: AUG 28 2008          Entered: _____
                                      Bankruptcy John H. Squires

Katherine G. File/Andrew J. Nelson/Cheryl A. Considine
Amy A. Aronson/Yanick E. Polycarpe/Dana N. Monkarsh
Christopher Brown/Michael Halpin/A.Stewart Chapman
PIERCE & ASSOCIATES, P.C.
Attorneys at Law
ONE NORTH DEARBORN, SUITE 1300
CHICAGO, ILLINOIS 60602
(312)346-9088
PA No. 06-2609